UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNDAY KAYODE KUNKUSHI,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN, et al.,<br><br>　　　　　Respondents. | Case No. 5:25-cv-01608-SRM-PVC<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

  Having reviewed Sunday Kayode Kunkushi's ("Petitioner") *ex parte* application for a temporary restraining order, Dkt. 32, the Court **ORDERS** the following:

  1. Respondents must file either an opposition or notice of non-opposition to the *ex parte* application on or before March 5, 2026.

  2. Petitioner may file a reply on or before March 7, 2026

  3. Unless the court orders otherwise, Petitioner's *ex parte* application will be deemed submitted, without oral argument, on either (a) the day the opposition is filed, or due and not filed; or (b) the day any reply to the

opposition is filed, or due and not filed. The Court may order further briefing or other proceedings, at any time, as appropriate.

4. Petitioner's counsel must notify Respondents of this order forthwith and file proof of service no later than March 4, 2026, at 12:00 p.m.

**IT IS SO ORDERED.**

Dated: March 3, 2026

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE