JS-6

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Sunday Kayode Kunkushi,<br><br>Petitioner,<br><br>v.<br><br>Warden, *et al.*<br><br>Respondents. | No.: 5:25-cv-01608-SRM-PVC<br><br>**JUDGMENT** |

Pursuant to the Joint Proposed Grant of Petition, IT IS ADJUDGED that the petition under 28 U.S.C. § 2241 is GRANTED, with no further proceedings, consistent with the reasons and findings set forth in petitioner's request for a preliminary injunction granted by this Court on May 7, 2026. Dkt. 37.

DATED: July 31, 2026

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE